**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**


MARK W. DOBRONSKI,

      Plaintiff(s),

   V.                             CASE NO. 24-11649
                                     HON. LINDA V. PARKER

CHW GROUP INC.,

      Defendant(s).
_____/

## ORDER OF DISMISSAL


The parties having filed a Stipulation of Dismissal [ECF No. 57] on April 3, 2026; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.


                          s/Linda V. Parker
                          Linda V. Parker
                          United States District Judge

Dated:  April 6, 2026

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 6, 2026, by electronic and/or ordinary mail.

                          s/A. Flanigan
                          Case Manager